## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMBERLEE WILLIAMS, *et al.*, | Civil Action No. 17-2402 (JLL) |
| Plaintiff, | |
| v. | **ORDER** |
| BASF CATALYSTS, LLC, *et al.*, | |
| Defendants. | |

IT APPEARING THAT:

1. On March 20, 2017, Defendant filed a Motion to Enforce a Third-Party Subpoena in connection with the case of *Williams v. BASF Catalysts, LLC*, Docket No. 11-1754. (ECF No. 1). This Motion was originally filed in the United States District Court for the Northern District of Ohio under Docket No. 17-15, but was transferred to this District by way of Defendant's Unopposed Motion to Transfer. (ECF No. 2). Accordingly, the Clerk's office created this new separate action when the matter was transferred to this District.

2. This Court appointed Roberto Rivera-Soto to serve as Special Master on August 3, 2017. (Docket No. 11-1754, ECF No. 334). Special Master Rivera-Soto was appointed to handle, among other things, discovery disputes such as the one that was the subject of Defendant's Motion to Enforce a Third-Party Subpoena. On October 27, 2017, Special Master Rivera-Soto issued an Order relating to said Motion. (Docket No. 1754, ECF No. 360). Accordingly, this matter has been fully resolved.

IT IS THEREFORE on this ___*1st*___ day of November, 2017,

**ORDERED** that the Clerk of the Court shall mark this matter closed.

**SO ORDERED.**

JOSE L. LINARES
Chief Judge, United States District Court

2